No. 93–431. LOCKARD *v.* DEPARTMENT OF THE ARMY ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–446. HPY INC. *v.* ELECTRIC POWER AUTHORITY ET AL. C. A. 1st Cir. Certiorari denied.

No. 93–458. SHIEH ET AL. *v.* CHRISTOPHER ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–463. GRECCO, AKA WOLSHONAK, ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–468. GUNTER *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 93–469. JONES ET AL. *v.* COMMERCIAL STATE BANK OF EL CAMPO ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–495. ROBBINS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–497. MCGINNIS *v.* MARYLAND. Cir. Ct. Dorchester County, Md. Certiorari denied.

No. 93–504. MOORE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–508. HAUSER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–514. NIEMELA ET UX. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–5025. DAVIS *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 93–5062. BUSCHBOM *v.* GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–5077. SYRIANI *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.